UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4064

Filed: May 5, 2004

WILLIAM R. MOSS, et al.,

    Plaintiffs - Appellants

v.

COLUMBUS BOARD OF EDUCATION, et al.,

    Defendants - Appellees

C2-00-855
Judge Sargus

## MANDATE

Pursuant to the court's disposition that was filed 4/8/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

_____
Deputy Clerk